■ In the Matter of WILLIAM W. WALSH, Appellant, v CITY OF AUBURN et al., Respondents. [648 NYS2d 412] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Corning, J. (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Damages.) Present—Denman, P. J., Lawton, Wesley, Callahan and Balio, JJ.